**Order filed September 11, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00570-CV

———————

### RUBIE BUCHALA, Appellant

### V.

### ROBERT JOHNSON, JR. AND AUSTIN COUNTY, Appellee

**On Appeal from the County Court at Law**
**Austin County, Texas**
**Trial Court Cause No. 16CV-5395**

## ORDER

The notice of appeal in this case was filed June 29, 2018. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On August 3, 2018, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before September 26, 2018. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM